# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC., | ) |
| Plaintiff, | ) Civil Action No. 2:21-cv-00308 |
| v. | ) |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## COLLISION COMMUNICATION, INC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Collision Communications, Inc. ("Collision"), by and through the undersigned attorneys, makes the following disclosure:

1. Collision has no parent corporation.

2. No publicly held corporation owns 10% or more of Collision's stock.

Dated: August 10, 2021

| | /s/ *Melissa R. Smith* |
|---|---|
| Steven Pepe<br>(NY Bar No. 2810430)<br>(Eastern District of Texas Member)<br>Kevin J. Post<br>(NY Bar No. 4382214)<br>(Eastern District of Texas Member)<br>Alexander E. Middleton<br>(NY Bar No. 4797114)<br>(Eastern District of Texas Member)<br>Matthew R. Shapiro<br>(NY Bar No. 5102017)<br>(Eastern District of Texas Member)<br>Jolene L. Wang<br>(NY Bar No. 5462619)<br>(Eastern District of Texas Member)<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>steven.pepe@ropesgray.com<br>kevin.post@ropesgray.com<br>alexander.middleton@ropesgray.com<br>matthew.shapiro@ropesgray.com<br>jolene.wang@ropesgray.com<br><br>Samuel L. Brenner (MA Bar No. 677812)<br>(Eastern District of Texas Member)<br>**ROPES & GRAY LLP**<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br>samuel.brenner@ropesgray.com | Melissa R. Smith<br>**GILLAM & SMITH, LLP**<br>TX State Bar No. 24001351<br>303 S. Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>James R. Batchelder<br>(CA Bar No. 136347)<br>(Eastern District of Texas Member)<br>Shong Yin<br>(CA Bar No. 319566)<br>(Eastern District of Texas Member)<br>**ROPES & GRAY LLP**<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA 94303-2284<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090<br>james.batchelder@ropesgray.com<br>shong.yin@ropesgray.com<br><br>*Attorneys for Plaintiff*<br>COLLISION COMMUNICATIONS, INC. |