# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COLLISION COMMUNICATIONS, INC. <br><br> PLAINTIFF, <br><br> VS. <br><br> NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, <br><br> DEFENDANTS. | Civil Action No. 2:21-cv-00308 <br><br> JURY TRIAL |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Collision Communications, Inc., through its undersigned counsel, hereby moves to dismiss Nokia Corporation without prejudice and without cost to any party.

Dated: September 1, 2021                    /s/ *Melissa R. Smith*
                                                    Melissa R. Smith
                                                    **GILLAM & SMITH, LLP**
                                                    TX State Bar No. 24001351
                                                    303 S. Washington Avenue
                                                    Marshall, Texas 75670
                                                    Telephone: (903) 934-8450
                                                    Facsimile: (903) 934-9257
                                                    melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
Shong Yin
(CA Bar No. 319566)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue,
6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
shong.yin@ropesgray.com

Steven Pepe
(NY Bar No. 2810430)
(Eastern District of Texas Member)
Kevin J. Post
(NY Bar No. 4382214)
(Eastern District of Texas Member)
Alexander E. Middleton
(NY Bar No. 4797114)
(Eastern District of Texas Member)
Matthew R. Shapiro
(NY Bar No. 5102017)
(Eastern District of Texas Member)
Jolene L. Wang
(NY Bar No. 5462619)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
steven.pepe@ropesgray.com

kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
matthew.shapiro@ropesgray.com
jolene.wang@ropesgray.com

Samuel L. Brenner (MA Bar No. 677812)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
Prudential Tower 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
samuel.brenner@ropesgray.com


**ATTORNEYS FOR COLLISION COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 1, 2021.

/s/ *Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERNCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendant. Counsel for Defendant indicated that it is unopposed to this motion.

/s/ *Melissa R. Smith*
Melissa R. Smith