**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COLLISION COMMUNICATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:21-CV-308-JRG |
| | § | (Lead Case) |
| NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA OF AMERICA CORPORATION, | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

| | | |
|---|---|---|
| COLLISION COMMUNICATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:21-CV-327-JRG |
| | § | (Member Case) |
| TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Collision Communications, Inc. ("Collision") and Defendants Nokia of America Corporation and Nokia Solutions and Networks Oy (collectively, "Nokia"), and Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Ericsson") (Nokia and Ericsson, collectively, "Defendants") jointly and respectfully request that the Court amend its July 12, 2022, Docket Control Order (Dkt. 82) as reflected below and in the Amended Docket Control Order attached hereto.

| Original Deadline | Amended Deadline | Event |
|---|---|---|
| October 14, 2022 | October 28, 2022 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.2 Motions for Summary Judgment shall comply with Local Rule CV-56. |
| September 30, 2022 | October 14, 2022 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| September 30, 2022 | October 14, 2022 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties. |
| September 26, 2022 | October 7, 2022 | Deadline to Complete Expert Discovery |
| September 15, 2022 | September 26, 2022 | Serve Disclosures for Rebuttal Expert Witnesses |
| August 24, 2022 | August 31, 2022 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| August 15, 2022 | August 19, 2022 for Nokia,<br><br>August 26, 2022 for Ericsson and Collision | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

The parties have briefly extended the deadline for completing fact discovery in this case, because the parties still have at least six depositions scheduled for the two weeks after the close of fact discovery and expect to have at least to additional depositions scheduled.  Moreover, the parties are still working through a number of other discovery issues and engaging in the meet and confer process.  This extension of fact discovery will permit the parties to take necessary discovery and potentially resolve a number of disputes without the Court's intervention.

Good cause exists for the extension of the Motion to Strike and Dispositive Motions deadlines in order to provide the Parties with sufficient time to prepare expert reports and complete expert discovery before filing such motions.  This extension will also reduce the likelihood of motions for leave to take discovery out of time or for leave to supplement expert reports.  Additionally, good cause exists because members of both Plaintiff and Defendants' team have a trial scheduled for October 3, 2022 in a different matter before your Honor.  The requested relief does not change the currently scheduled pretrial conference or the trial in this matter.

Dated:  August 15, 2022

/s/ Melissa R. Smith

Steven Pepe
(NY Bar No. 2810430)
(Eastern District of Texas Member)

Kevin J. Post
(NY Bar No. 4382214)
(Eastern District of Texas Member)

Alexander E. Middleton
(NY Bar No. 4797114)
(Eastern District of Texas Member)

Matthew R. Shapiro
(NY Bar No. 5102017)
(Eastern District of Texas Member)

Jolene L. Wang
(NY Bar No. 5462619)
(Eastern District of Texas Member)

Cassandra B. Roth
(NJ Bar No. 064832013)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
steven.pepe@ropesgray.com
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com
matthew.shapiro@ropesgray.com
jolene.wang@ropesgray.com
cassandra.roth@ropesgray.com


Samuel L. Brenner
(MA Bar No. 677812)
(Eastern District of Texas Member)

Daniel V. Ward
(MA Bar No. 667158)

Scott S. Taylor
(MA Bar No. 677812)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000

Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)

Christopher M. Bonny
(CA Bar No. 280554)
(Eastern District of Texas Member)

Shong Yin
(CA Bar No. 319566)
(Eastern District of Texas Member)

James F. Mack
(CA Bar No. 322056)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
james.batchelder@ropesgray.com
shong.yin@ropesgray.com
james.mack@ropesgray.com


Kathryn C. Thornton
(VA Bar No. 91121)

Fan Zhang
(CA Bar No. 324347)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
kathryn.thornton@ropesgray.com
frances.zhang@ropesgray.com

Facsimile: (617) 951-7050
samuel.brenner@ropesgray.com
daniel.ward@ropesgray.com
scott.taylor@ropesgray.com

Jigang Jin
(CA Bar No. 239465)
**JIN LAW FIRM**
P.O. Box 1937
Union City, CA 94587
Telephone: (408) 220-4350
jigang.jin@jfuslaw.com

*Attorneys for Plaintiff*
COLLISION COMMUNICATIONS, INC.

*/s/ Warren Lipschitz, with permission*
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@McKoolSmith.com
Warren Lipschitz
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
Eric S. Hansen
Texas State Bar No. 24062763
ehansen@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Nicholas Matich
DC State Bar No. 1024907
nmatich@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1999 K Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8301

**ATTORNEYS FOR DEFENDANTS
NOKIA SOLUTIONS AND
NETWORKS OY AND NOKIA OF
AMERICA CORPORATION**

*/s/ David S. Frist, with permission*

Theodore Stevenson, III
(TX Bar No. 19196650)
Adam Ahnhut
(TX Bar No. 24106983)
ALSTON & BIRD LLP
Chase Tower, 2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Phone: 214-922-3400
Fax: 214-922-3899
Email: ted.stevenson@alston.com
Email: adam.ahnhut@alston.com

David S. Frist
Nicolas T. Tsui
Michael C. Deane
Monica Manning
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777
Email: david.frist@alston.com
Email: nick.tsui@alston.com
Email: michael.deane@alston.com
Email: monica.manning@alston.com

***Attorneys for Defendants
Telefonaktiebolaget LM
Ericsson and Ericsson Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 15, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

*/s/ Melissa R. Smith*
Melissa R. Smith